## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DEVIN L. MUNDY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 06-2268-KHV-JPO |
| | ) |
| INDIAN HILLS | ) |
| COUNTRY CLUB and | ) |
| DEBORAH GUESS | ) |
| | ) |
| Defendants | ) |

### ORDER OF DISMISSAL WITH PREJUDICE

NOW on this 24th day of May, 2007, this matter comes before the Court on the parties' Stipulation for Dismissal With Prejudice of Defendants INDIAN HILLS COUNTRY CLUB and DEBORAH GUESS pursuant to Rule 41(a)(1).

Having been fully advised in the premises, the Court finds that the above-captioned case should be and is hereby dismissed with prejudice as to all claims brought or which may have been brought against Defendants INDIAN HILLS COUNTRY CLUB and DEBORAH GUESS arising out of the matters alleged in the complaint, first amended complaint and second amended complaint, each party to bear its own costs.

IT IS SO ORDERED.

s/ Kathryn H. Vratil
Kathryn H. Vratil
United States District Judge

**Submitted and approved by:**

/s/ Peter Maharry
Peter Maharry, #19364
FISHER, PATTERSON, SAYLER & SMITH, L.L.P.
51 Corporate Woods, Suite 300
9393 West 110th Street
Overland Park, Kansas 66210
(913) 339-6757 / (913) 339-6187 (FAX)

ATTORNEYS FOR DEFENDANT
INDIAN HILLS COUNTY CLUB

/s/ Lawrence Flick
Lawrence D. Flick, injuryclaims@yahoo.com #11162
12 Corporate Woods, Suite 350
10975 Benson
Overland Park, Kansas 66210
(913) 648-7000

ATTORNEY FOR PLAINTIFF
DEVIN L. MUNDY

/s/ Michael C. Kirkham
Michael C. Kirkham
SANDERS CONKRIGHT & WARREN, LLP
40 Corporate Woods, Suite 1250
9401 Indian Creek Parkway
Overland Park, Kansas 66210
(913) 234-6114 / (913) 234-6199 FAX

ATTORNEY FOR DEFENDANT
DEBORAH GUESS